UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON D. KEPLINGER,<br><br>  Plaintiff,<br><br>  v.<br><br>LAREDO JAIL, et al.,<br><br>  Defendants. | No.  2:25-cv-1188 CSK P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

By an order filed April 29, 2025, plaintiff was ordered to file a completed in forma pauperis affidavit and a certified copy of his prison trust account statement, and was cautioned that failure to do so would result in a recommendation that this action be dismissed.  The thirty day period has now expired, and plaintiff has not responded to the Court's order and has not filed the required documents.

Although it appears from the file that plaintiff's copy of the order was returned on May 15, 2025, plaintiff was properly served.[1]  It is the plaintiff's responsibility to keep the Court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

///

---

[1] The Clerk of the Court served new case documents on plaintiff on April 24, 2025, and on May 5, 2025, the new case documents were returned as undeliverable.

1

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: June 17, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/kepl1188.fifp

2